# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00332-MR-DLH

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MAGNOLIAS' RAW BAR & GRILLE, )<br>INC. d/b/a MAGNOLIA'S RAW BAR & )<br>GRILLE/CINJADE'S; CHRISTOPHER )<br>J. PETERSON AND NICHOLAS )<br>JAMES PETERSON, each individually, )<br>)<br>Defendants. )<br>_____ ) | **DEFAULT JUDGMENT** |

**FOR THE REASONS** stated in the Order entered simultaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**:

(1) Plaintiffs' Motion for Default Judgment against Defendants is **GRANTED**;

(2) Plaintiffs shall recover from the Defendants, jointly and severally, statutory damages in the amount of $6,000 for each of the seven (7) musical compositions, for a total of $42,000, pursuant to 17 U.S.C. § 504(c)(1);

(3) Plaintiffs shall recover from Defendants, jointly and severally,

full costs in this action, including reasonable attorney's fees, in the amount of $6,715, pursuant to 17 U.S.C. § 505;

(4) Plaintiffs shall recover from Defendants, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961;

(5) Defendants and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc; and

(6) This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

Signed: April 15, 2013

Martin Reidinger
United States District Judge